IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.*, DIANA ZALDONIS, | ) | Civil Action No. 19-1220 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FILED UNDER SEAL** |
| v. | ) | **PURSUANT TO** |
| | ) | **31 U.S.C. § 3730(b)(2)** |
| UNIVERSITY OF PITTSBURGH | ) | |
| PHYSICIANS, UNIVERSITY OF | ) | |
| PITTSBURGH OF THE | ) | |
| COMMONWEALTH SYSTEM OF | ) | |
| HIGHER EDUCATION D/B/A | ) | |
| UNIVERSITY OF PITTSBURGH, | ) | |
| | ) | |
| Defendants. | ) | |

## THE NOTICE BY THE UNITED STATES OF ITS ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all future pleadings filed in this action be served upon the United States; the United States also requests that Orders issued by the Court be sent to its counsel. The United States reserves its right to order any

deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the Relator's action or claim.

The United States also requests that it be served with all notices of appeal.

Further, the United States requests that the Relator's Complaint, this Notice, and the attached proposed Order be unsealed.  Finally, the United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the investigation of the United States, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this Notice.

Dated: June 2, 2020                                 Respectfully submitted,

                                                    SCOTT W. BRADY
                                                    United States Attorney


                                                    /s/ Adam Fischer
                                                    ADAM FISCHER
                                                    Assistant United States Attorney
                                                    Joseph F. Weis, Jr., U.S. Courthouse
                                                    700 Grant Street, Suite 4000
                                                    Pittsburgh, PA 15219
                                                    Tel.:   (412) 894-7343
                                                    Fax:    (412) 644-6995
                                                    Email:  adam.fischer@usdoj.gov
                                                    PA ID No. 314548